## DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. CROIX

| | |
|---|---|
| **FRANKLIN XAVIER,** | ) |
| | ) |
| **Plaintiff,** | ) |
| v. | )     **Civil Action No. 2023-0052** |
| | ) |
| **JOMO MEADE (JUDGE) and THE** | ) |
| **TERRITORY OF THE VIRGIN ISLANDS,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

**Appearance:**

**Franklin Xavier,** *pro se*

## ORDER

**UPON CONSIDERATION** of the Report and Recommendation (Dkt. No. 20) issued by Magistrate Judge Emile A. Henderson III recommending that Plaintiff Franklin Xavier's ("Plaintiff") Amended Complaint (Dkt. No. 10) be dismissed with prejudice; Plaintiff's Motion for Summary Judgment (Dkt. No. 27); and Plaintiff's Motion for Default Judgment (Dkt. No. 32); the entire record herein; and for the reasons stated in the Memorandum Opinion filed contemporaneously herewith, it is hereby

**ORDERED** that Magistrate Judge Emile A. Henderson III's Report and Recommendation (Dkt. No. 20) is **ADOPTED**; and it is further

**ORDERED** that Plaintiff Franklin Xavier's Amended Complaint (Dkt. No. 10) is **DISMISSED WITH PREJUDICE**; and it is further

**ORDERED** that Plaintiff's Motion for Summary Judgment (Dkt. No. 27) is **DENIED AS MOOT**; and it is further

2

**ORDERED** that Plaintiff's Motion for Default Judgment (Dkt. No. 32) is **DENIED AS MOOT**; and it is further

**ORDERED** that the Clerk of Court is directed to mark this case **CLOSED**; and it is further

**ORDERED** that the Clerk's Office shall send a copy of the instant Order and accompanying Memorandum Opinion to Plaintiff Franklin Xavier via certified mail, return receipt.

**SO ORDERED.**

Date: February 16, 2026                         _____/s/_____
                                                WILMA A. LEWIS
                                                Senior District Judge